IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 02-WM-2302 (BNB)

UNITED STATES OF AMERICA,

       Plaintiff,

v.

RICHARD P. DALY, et al.,

       Defendants.

## ORDER CONFIRMING JUDICIAL SALE

On September 29, 2005, the Court entered an Order of Judicial Sale permitting the Internal Revenue Service to auction 2961 S. Magnolia Way, (hereinafter the "Property") situated in the County of Denver, Colorado, and more particularly described as follows:

> LOT 11,
> BLOCK 1,
> HUTCHINSON HILLS FILING NO. 14,
> CITY AND COUNTY OF DENVER
> STATE OF COLORADO

The United States has reported, and the Court so finds, that the sale was publicized in accordance with 28 U.S.C. § 2001 and properly conducted, on December 16, 2005, at noon, on site at the Property. The successful bidder, Joe Ekstrom (the "purchaser"), bid $280,000 and paid a deposit of $60,000 to the United States Treasury.

The balance of the purchase price for 3400 Montclaire Street is to be paid to the Internal Revenue Service on or before January 31, 2006, by a certified or cashier's check payable to the United States Treasury. On receipt of payment in full, or deposit into escrow, with instructions

-1-

1490895.1

approved by the United States, the Internal Revenue Service is hereby ordered and authorized to execute and deliver into escrow or to the purchaser a Certificate of Sale and Deed conveying the Property to the purchaser.

On delivery of the Certificate of Sale and Deed, all interests in, liens against, or claims to, the Property that are held or asserted by the plaintiff or any of the defendants in this action are discharged. The sale shall be free and clear of all transfers or conveyances after April 30, 1987, when the earliest notice of federal tax lien was filed.

Possession of the property sold shall be yielded to the purchaser upon the production of a copy of the Certificate of Sale and Deed; and if there is a refusal to so yield, a Writ of Assistance may, without further notice, be issued by the Clerk of this Court to compel delivery of the Property to the purchaser.

The Internal Revenue Service shall distribute the amount paid by the purchaser according to the priority set forth in the Order of Judicial Sale. Any surplus shall be deposited with the Clerk and held pending further order of the Court.

//
//

**IT IS SO ORDERED**

Dated: Jan 13, 2006

*/s/ Boyd N. Boland*
~~U.S. District Court Judge~~

**BOYD N. BOLAND**
**United States Magistrate Judge**

Respectfully submitted this 5th day of January, 2006.

JOHN W. SUTHERS
United States Attorney

MARK S. PESTAL
Assistant United States Attorney

By:  /s/ Richard A. Latterell
JEFFREY S. SWYERS
RICHARD A. LATTERELL
Trial Attorneys, Tax Division
U.S. Department of Justice
Post Office Box 683
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-6507
(202) 307-6422

Attorneys for the United States

1490895.1